

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

AMGRO, INC.                                                                                       PLAINTIFFS

VS.                                      CIVIL ACTION NO.: 3:06CV707-DPJ-JCS

PHENIX TRANSPORTATION, INC.                                     DEFENDANT

## AGREED JUDGMENT

THIS MATTER CAME ON BEFORE THE COURT pursuant to the Agreed Order Reopening Case submitted by Plaintiff AMGRO, Inc. ("AMGRO") in connection with and pursuant to the Final Agreed Order of Dismissal previously entered by the Court in this cause. Pursuant to the Final Agreed Order of Dismissal, AMGRO was entitled to reopen this matter to enforce the settlement reached with Defendant Phenix Transportation, Inc. ("Phenix"). As a component of the settlement, Phenix agreed to pay the sum of $57,500.00 to AMGRO over a period of six months, by the tenth day of each month.

Since the execution of the Final Agreed Order of Dismissal and the settlement agreement with AMGRO, Phenix has paid $ 19,216.33. Notwithstanding this payment, Phenix has failed to pay the additional installment owed for the month of May - July, 2008, and is therefore in default under the terms of the settlement agreement. Consequently, AMGRO is owed the remaining sum of $ 38,283.67, plus an additional $500.00 in attorneys' fees, plus any filing required by the district court clerk to reopen the case, for a total amount owed of $ 38,783.67.

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff AMGRO, Inc. is hereby awarded judgment against Phenix Transportation, Inc. in the total amount of

1

2243880.1/16215.26285

$ __38,783.67__ , plus interest on said principal amount, from and after the date of this judgment, at the rate of eight percent (8%) per annum.

FOR ALL OF WHICH LET EXECUTION ISSUE.

DATED, this the 29ᵀ day of JULY, 2008.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

_____
Chad J. Hammons (MSB #10419)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi 39225-0427
Phone: (601) 949-4975
Fax: (601) 949-4804
*Attorney for AMGRO, Inc.*

Agreed and Approved:

_____
Ronald C. Morton, Esq.
Morton Law Firm
132 Fairmont, Suite A
Clinton, MS 39056
*Attorney for Phenix Transportation, Inc.*

Agreed and Approved:

__(see attached)__
Ricky Wilkerson
President, Phenix Transportation, Inc.

2
2243880.1/16215.26285

$ _____ , plus interest on said principal amount, from and after the date of this judgment, at the rate of eight percent (8%) per annum.

FOR ALL OF WHICH LET EXECUTION ISSUE.

DATED, this the _____ day of _____, 2008.

UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

_____
Chad J. Hammons (MSB #10419)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street
Post Office Box 427
Jackson, Mississippi 39225-0427
Phone: (601) 949-4975
Fax: (601) 949-4804
*Attorney for AMGRO, Inc.*

Agreed and Approved:

_____
Ronald C. Morton, Esq.
Morton Law Firm
132 Fairmont, Suite A
Clinton, MS 39056
*Attorney for Phenix Transportation, Inc.*

Agreed and Approved:

_____
Ricky Wilkerson
President, Phenix Transportation, Inc.

2